PFE/MAR: May 2023
GJ#25

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
| ) | |
| **v.**  ) | **Case No.:** |
| ) | |
| **DE'ANDRE DEWAYNE MOORE**  ) | |

## INDICTMENT

**COUNT ONE:** [18 U.S.C. § 922(o)(1)]

The Grand Jury charges that:

On or about the 28th day of December 2022, in Jefferson County, within the Northern District of Alabama, the defendant,

**DE'ANDRE DEWAYNE MOORE,**

did knowingly possess a machinegun, that is, a Glock .40 caliber pistol modified by the replacement of the slide cover with a machinegun conversion device designed to enable automatic fire, more commonly referred to as a Glock Switch, in violation of

Title 18, United States Code, Section 922(o)(1).

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney

*/s/ Electronic Signature*
MICHAEL A. ROYSTER
Assistant United States Attorney