Thomas J. Thrash, Pastor
Twenty-First Street Baptist Church
███ Twenty-First Street South
Bessemer, AL ███

November 23, 2023

To: Honorable Judge Manasco

In reference to:
De'Andre Moore
Attorney Kate Pritchett Bounds

Honorable Judge Manasco:

I am writing this letter after learning that De'Andre Moore is awaiting sentencing for possession of a firearm. Receiving this information and being aware of the serious nature of his actions was shocking given my knowledge of his actions as a church member and his demonstrated character as a young man and neighbor in the Bessemer, Alabama neighborhood. He also comes from a respected family with longstanding presence in the community.

De'Andre requested that I write this letter to express my belief that De'Andre will benefit from your positive consideration for leniency. I have spoken with De'Andre, and he fully recognizes the seriousness of his actions and the possible danger of carrying a weapon. It is my understanding that De'Andre has never used a weapon and realizes the possible serious consequences of even carrying a weapon. He certainly communicates as an individual who is remorseful and realizes the consequences of carrying a weapon, as well as the strong possibilities of harm to others.

I respectfully request your consideration of leniency when De'Andre comes before you for sentencing in this pending case. Please feel free to contact me at ███ if you desire additional information.

Respectfully,

*[signature]*

Thomas J. Thrash